IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:05CV00919 |
| $864,000.00 in U.S. CURRENCY, ) | |
| and $7000.00 in U.S. CURRENCY ) | |
| ) | |
| Defendant ) | |

## NOTICE OF WITHDRAWAL OF MOTION

NOW COMES the claimant, Steven Tan, by and through the undersigned counsel, and respectfully gives notice of his withdrawal of the Motion to Dismiss for Lack of Probable Cause and Failure to State Sufficient Facts to Support a Forfeiture Action, filed on November 4, 2004.

Respectfully submitted, this the 19yh day of June, 2006.

_____
/s/William L. Osteen, Jr.
Attorney for the Claimant
State Bar No. 14201

ADAMS & OSTEEN
201 W. Market Street, Suite 410
Greensboro, NC 27401
(336)274-2947

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) 1:05CV00919<br>$864,000.00 in U.S. CURRENCY, )<br>and $7000.00 in U.S. CURRENCY )<br>)<br>Defendant ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mrs. Lynne P. Klauer.

Respectfully submitted,

_____
/s/William L. Osteen, Jr.
ADAMS & OSTEEN
201 W. Market Street, Suite 410
Greensboro, NC  27401
Telephone:     (336) 274-2947
Facsimile:     (336) 274-2940
E-mail:   wlosteen@bellsouth.net
NC State Bar:  14201